### 34987. AVERETT *v.* MCKENZIE.

CARLISLE, J. On three occasions the defendant filed exceptions pendente lite to the trial court's overruling of certain of his general and special demurrers. In a bill of exceptions assigning error solely upon these exceptions pendente lite, he now attempts to come to this court for a review. "While the losing party, under repeated rulings of the Supreme Court and this court, has the option of having reviewed a judgment on demurrer by a direct bill of exceptions or to have certified and filed exceptions pendente lite, if the latter course be pursued, the ruling on demurrer becomes a pendente lite ruling which is reviewable only after the termination of the case and in a bill of exceptions assigning error on the *final judgment*. [Numerous cases cited.]" *Cordele Sash, Door &c. Co.* v. *Prudential Ins. Co.*, 84 *Ga. App.* 605 (66 S. E. 2d 767); *Shetzen* v. *C. G. Aycock Realty Co.*, 88 *Ga. App.* 710 (77 S. E. 2d 554). It follows that the writ of error in the instant case is prematurely brought to this court.

*Writ of error dismissed. Gardner, P. J., and Townsend, J., concur.*

DECIDED JANUARY 20, 1954.

*Sharpe & Layne*, for plaintiff in error.
*Price, Spivey & Carlton, Williams & Smith*, contra.